UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>    Plaintiff,<br>  v.<br>GEBREZGIE,<br>    Defendant. | Case No. 11-cr-00112-SI-1<br><br>**ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. Nos. 68 |

GOOD CAUSE APPEARING, and pursuant to 18 U.S.C. §3583(e)(1) and Rule 32.1(c)(2) of the Federal Rules of Criminal Procedure the Court GRANTS the defendant's Motion for Termination of Supervised Release, and Supervised Release is terminated.

**IT IS SO ORDERED**.

Dated: June 16, 2023

_____
SUSAN ILLSTON
United States District Judge